**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 0 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00275-ZLW-KMT

MARY L. MONTALVO,

     Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

     Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. Dated: March 6, 2009.

BY THE COURT:

*Zita L. Weinshienk*

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00275-ZLW-KMT

Mary L. Montalvo
3765 Oro Blanco Dr., #411
Colorado Springs, CO 80917

U.S. Department of Health and Human Services - **CERTIFIED**
330 Independence Ave. S.W.
Washington, D.C. 20201

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


     I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following service forms to the United States Attorney General and to
the United States Attorney's Office for process of service on U.S. Department of Health
and Human Services: AMENDED COMPLAINT FILED 02/27/09, SUMMONS, AND
NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM
on _3/10/09_.

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk